Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| Rovshan Jafarov | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 25-cv-1273 |
| v. | |
| Joseph Freden et al | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Petition for Writ of Habeas Corpus is granted.

Date: December 29, 2025                          MARY C. LOEWENGUTH
                                                 CLERK OF COURT

                                                 By: s/Jasmin
                                                     Deputy Clerk